| | | | |
|---|---|---|---|
| | AUSA: Jules DePorre | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Nathan Sutara | Telephone: | (810) 964-5981 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>CALVIN L. BOYD | Case: 4:21-mj-30592<br>Judge: Ivy, Curtis<br>Filed: 12-17-2021<br>CMP USA V Calvin L. Boyd (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearms and ammunition |

This criminal complaint is based on these facts:
Please see attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sutara, Special Agent ATF&E
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 17, 2021__

_____
*Judge's signature*

City and state: __Flint, Michigan__     Cutis Ivy, Jr.
*Printed name and title*

# AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately 5 years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, my review of police reports and records, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, I have probable cause to believe that on December 14, 2021, Calvin Lavelle Boyd (XX-XX-1989) knowing that he had a previous conviction for a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, firearms and ammunition in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4. On December 14, 2021 at approximately 10:47 p.m., MSP Troopers were on directed patrol in the City of Flint in full uniform and in a fully marked patrol vehicle. Troopers observed a black Cadillac Escalade disregard a solid red light at the intersection of Saginaw Street and Dukette Boulevard in the City of Flint. Troopers pulled their patrol vehicle behind the Escalade and observed the driver commit other traffic and equipment violations.

5. Troopers conducted a traffic stop of the Escalade and made contact with the driver, who later identified himself as Calvin Boyd. A trooper observed a pistol on the driver's floorboard of the vehicle and the trooper asked Boyd whether he had a CPL. Boyd responded by asking the officers why he needed a CPL, indicating that he did not have one.

6. Troopers asked Boyd to exit the Escalade, but Boyd refused. Troopers eventually opened Boyd's car door, pulled him out of the Escalade,

and eventually put Boyd in handcuffs. As a trooper was pulling Boyd out of the vehicle, the trooper saw a rifle with a drum magazine in the backseat.

7. After Boyd was in handcuffs, officers searched the Escalade and removed the following firearms:

- One Glock, .45 caliber black in color pistol bearing S/N: ZKC479. The pistol was loaded with one round in the chamber and an inserted magazine. It also appeared to have a device commonly referred to as a Glock switch, which is used to convert a semi-automatic firearm to a machinegun.
- One SCCY Industries, 9mm pistol with a chrome slide and a black frame bearing S/N: C113312. The pistol was loaded with one round in the chamber and an inserted magazine.
- One Ruger, model Ruger 57, 5.7 caliber pistol bearing S/N: 642-17806. Which was loaded with an inserted magazine containing 20 rounds.
- One AK-47 style rifle, which was loaded with a round in the chamber and forty rounds in the inserted drum magazine.
- One 12 gauge shotgun bearing S/N: 599H21YB63

8. Troopers also located additional magazines and ammunition in the Escalade. In total law enforcement found approximately five hundred forty three (543) total rounds of ammunition, including: 9mm, .45 caliber, 5.7x28mm, 12 gauge, .308 caliber, 5.56x45mm, 7.62x39mm, .450 caliber, and .254 caliber ammunition. Law enforcement also found several pneumatic weapons, brass knuckles, and a body armor vest in the Escalade. Secretary of State records indicate that the Escalade is registered to Boyd.

9. I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. S/A Hurt stated that the Glock, .45 caliber pistol bearing S/N: ZKC479 and the SCCY Industries, 9mm pistol with a chrome slide and a black frame bearing S/N: C113312 were manufactured outside the state of Michigan and were transported in interstate commerce.

10. I conducted a criminal history query on Boyd. Boyd has the following felony convictions, which are all punishable by a term of imprisonment exceeding one year:

- 2011 – Felony Possession of a Firearm During the Commission of a Felony in the Genesee County Circuit Court. Boyd was sentenced to two years in prison.

- 2011 – Felony Fleeing and Eluding in the Fourth Degree in the Genesee County Circuit Court. Boyd was sentenced to 11 months in jail.

- 2018 – Felon in Possession of Firearms in the United States District Court for the Eastern District of Michigan. Boyd was sentenced to 30 months in prison.

11. Based on the fact that Boyd was sentenced to two years on his Genesee County conviction and 30 months on his federal conviction, I have probable cause to believe that on December 14, 2021, he knew he had a prior felony conviction.

4

## **CONCLUSION**

12. Based upon all of this information, probable cause exists that Calvin L. Boyd violated 18 U.S.C. § 922(g)(1).

Respectfully submitted,

*/s/ Nathan S*
Nathan Sutara
ATF Special Agent

Sworn to before me and signed in my presenceand/or by reliable electronic means on ___December 17, 2021___, 2021

*/s/ CI*
_____
Curtis Ivy, Jr.
United States Magistrate Judge

5