UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CALVIN L. BOYD,

        Defendant.

CASE NO: 22-cr-20033

HON. F. KAY BEHM
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

_____

**ORDER DENYING MOTION TO REVOKE DETENTION (ECF No. 25)**
_____

Defendant Calvin Boyd filed a motion to revoke detention. (ECF No. 25). The government filed a response. (ECF No. 29). The court held a hearing on July 25, 2023, pursuant to notice. (ECF No. 30). For the reasons stated on the record, the motion to revoke detention is **DENIED**.

    **SO ORDERED**.

Entered: August 1, 2023

s/F. Kay Behm
F. KAY BEHM
United States District Court Judge